ANGELO DE CRESCENZO, Respondent, *v.* 274–276 MADISON AVENUE, INC., Defendant, and THOMPSON-STARRETT COMPANY, Appellant.

(Argued April 14, 1931; decided May 12, 1931.

*Frederick Hulse* for appellant.

*Leonard F. Fish* and *T. J. Gillen* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on the ground that Labor Law, section 241, subdivision 5, as it read at the time of the accident, did not apply to hoisting apparatus not " within a building " and that no liability at common law was established; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.